IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHUOLJOCK LIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, | ) ) | MEMORANDUM OPINION |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion.  On October 24, 2008, the Court entered a memorandum and order dismissing claims and directing plaintiff to file an amended complaint no later than November 20, 2008 (Filing No. 10).  The Court warned plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice.  (*Id.* at CM/ECF p. 4.)  Plaintiff has not filed an amended complaint or any other response to the Court's October 24, 2008, memorandum and order.  A separate judgment dismissing plaintiff's complaint will be entered in accordance with this memorandum opinion.

DATED this 21st day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court